IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOAN MURRAY, | |
| --- | --- |
| *Plaintiff*, | |
| v. | CIVIL ACTION No. 17-2282 |
| PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE CO. *et al.*, | |
| *Defendants*. | |

# **ORDER**

**AND NOW**, this 23rd day of March, 2018, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 16), Plaintiff's Response (ECF No. 19) and Defendants' Reply (ECF No. 22), it is hereby **ORDERED** that the Motion (ECF No. 16) is **GRANTED**. Judgment is entered for the Defendants.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.